AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amos Richardson, Jr. )<br>*Plaintiff* )<br>v. )<br>Commissioner of the Social Security Administration )<br>*Defendant* ) | Civil Action No.     2:10-CV-1446-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that Report of Magistrate Judge Hendricks is accepted. The decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. §§ 405(g) to make a finding as to the weight to be given to new evidence and further proceedings as appropriate.
.

This action was *(check one)*:
❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie,  United States District Judge.

Date:   September 19, 2011                                                            *CLERK OF COURT*

                                                                                              s/John P. Bryan, Jr.
                                                                              *Signature of Clerk or Deputy Clerk*